**Order entered March 27, 2020**



In The

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00110-CV**

**PRASHANT PRABHULKAR, Appellant**

**V.**

**PROGRESSIVE AUTO INSURANCE, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-03030-2018**

**ORDER**

By order dated March 4, 2020, we ordered appellant to provide written verification that he had either paid or made arrangements to pay for the clerk's and reporter's records or documentation demonstrating that he has been found entitled to proceed without payment of costs. Appellant filed a letter on March 24th informing the Court that he filed a Statement of Inability to Afford Payment of Court Costs or an Appeal Bond in the trial court. The clerk's record has now been filed at no cost to appellant. The reporter's record remains due.

Because it appears appellant is entitled to proceed without payment of costs, we **ORDER** Antoinette Varela, Official Court Reporter for the 366th Judicial District Court, to file, by **April 16, 2020**, the reporter's record of the hearing held on October 31, 2019.  We **ORDER** Deborah Tidwell, Deputy Court Reporter, to file, by **April 16, 2020**, the reporter's record of the hearing held on December 18, 2019.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Varela; Ms. Tidwell; and all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE